IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| **VIRNETX INC.** § | | |
| § | | |
| *Plaintiff*, § | Civil Action No. 6:13-CV-211-LED | |
| § | | |
| v. § | | |
| § | JURY TRIAL DEMANDED | |
| **APPLE INC.,** § | | |
| § | | |
| *Defendant*. § | | |

### DEFENDANT APPLE INC.'S MOTION TO WITHDRAW STEPHEN E. EDWARDS AS COUNSEL OF RECORD

Apple Inc., defendant in in the above-entitled and numbered civil action, respectfully moves for the Court to allow Stephen E. Edwards to withdraw as his counsel of record in the above-captioned action. This motion does not affect any other representations in this action

Respectfully submitted,

Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

*Counsel for Apple Inc.*

**CERTIFICATE OF SERVICE**

      Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(c), the undersigned certifies that the foregoing document is being filed electronically in compliance with Local Rule CV-5(a). As such, the document is being served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), any other counsel of record will be served with a true and correct copy of the foregoing by email on this 10th day of June 2013.

Eric M. Albritton

**CERTIFICATE OF CONFERENCE**

      Pursuant to Local Rule CV-7(i), the undersigned certifies that counsel has complied with the meet-and-confer requirements of Local Rule CV-7(h) and (i) and that the foregoing motion is unopposed.

Eric M. Albritton