IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **VIRNETX INC.**, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 6:13-cv-00211-LED |
| | § | |
| **APPLE INC.**, | § | |
| | § | **JURY TRIAL DEMANDED** |
| Defendant. | § | |
| | § | |

**VIRNETX'S NOTICE REGARDING PLAINTIFFS' REQUEST
FOR AN ONGOING ROYALTY**

Pursuant to the Court's Order (Dkt. 26, July 1, 2013) Plaintiff VirnetX Inc. ("VirnetX") hereby submits this status report regarding Plaintiffs' Request for an Ongoing Royalty (Dkt. No. 10). The parties have met and conferred in good faith on the issues contained in the motion, and were unable to come to a resolution. This motion is still pending.

DATED: August 9, 2013.

Respectfully submitted,

**McKOOL SMITH, P.C.**

/s/ *Jason D. Cassady*
Douglas A. Cawley, ***Lead Attorney***
Texas State Bar No. 04035500
Email: dcawley@mckoolsmith.com
Rosemary T. Snider
Texas State Bar No. 18796500
Email: rsnider@mckoolsmith.com

Stacie L. Greskowiak
Texas State Bar No. 24074311
Email: sgreskowiak@mckoolsmith.com
Email: msibley@mckoolsmith.com
Ryan Hargrave
Texas State Bar No. 24071516

Email: rhargrave@mckoolsmith.com
**MCKOOL SMITH P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Bradley W. Caldwell
Texas State Bar No. 24040630
E-mail: bcaldwell@caldwellcc.com
Jason D. Cassady
Texas State Bar No. 24045625
E-mail: jcassady@caldwellcc.com
John Austin Curry
Texas State Bar No. 24059636
E-mail: acurry@caldwellcc.com
Daniel R. Pearson
Texas State Bar No. 24070398
Email: dpearson@caldwellcc.com
Hamad M. Hamad
Texas State Bar No. 24061268
E-mail: hhamad@caldwellcc.com
**CALDWELL CASSADY CURRY P.C.**
1717 McKinney Ave., Suite 700
Dallas, Texas 75202
Telephone: (214) 810-4705
Telecopier: (214) 481-1757

Robert M. Parker
Texas State Bar No. 15498000
Email: rmparker@pbatyler.com
R. Christopher Bunt
Texas State Bar No. 00787165
Email: rcbunt@pbatyler.com
**PARKER, BUNT & AINSWORTH, P.C.**
100 East Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Telecopier: (903) 533-9687

**ATTORNEYS FOR PLAINTIFF VIRNETX INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on this 9th day of August, 2013. Local Rule CV-5(a)(3)(A).

    */s/ Jason D. Cassady*
    Jason D. Cassady