## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

**DATE:**   August 15, 2013

**LEONARD DAVIS**
**Judge Presiding**

Chief Staff Attorney:  Gabrielle LaHatte          Court Reporter: Shea Sloan
                                                   Courtroom Administrator:  Rosa Ferguson

| **VIRNETX INC.** <br><br> V. <br><br> **APPLE INC.** | **CIVIL ACTION NO**: 6:13-CV-211 <br><br> **MOTION HEARING** |
|---|---|
| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANTS** |
| **SEE SIGN-IN SHEETS** ||

On this day, came the parties by their attorneys and the following proceedings were had:

**OPEN:** 1:30 pm          **ADJOURN:** 3:10 pm

| TIME: | MINUTES: |
|---|---|
| 1:30 pm | Case called.  PARTIES ANNNOUNCED READY.  (SEE SIGN-IN SHEETS) |
|  | Court addressed the parties and will hear from the plaintiffs on the on-going royalty. |
|  | Mr. Cassady addressed the Court and presented the on-going royalty issues. **[Plaintiff's Request for an Ongoing Royalty – Dkt #10]** |
|  | Court inquired of Mr. Williams if the 3 issues outlined by Mr. Cassady are not contested.  Mr. Williams responded and not entirely correct.  Mr. Williams addressed the Court on the iPhone 5.  On the 2nd point, the items that were found to be infringing and non-adjudicated products should be left in the other case.  On the 3rd point, only deal with the products that were adjudicated. |
|  | Mr. Cassady replied as to the non-adjudicated products, iPhone 5, iPad and the iPad mini.  Mr. Williams responded.  Mr. Cassady further replied.  Court asked parties to meet and confer.  Court inquired if the iPhone 5 functionality from what was presented at trial.  Mr. Cassady responded. |
|  | Mr. Cassady continued with the presentation of the motion.  Court asked Mr. Cassady to write down the rate for Avaya, show it to opposing counsel and tender to the Clerk.  This will keep us from sealing the courtroom.  Document tendered to the Court.  Mr. Cassady continued with his argument. |
|  | Mr. Williams responded.  Court inquired as to the changed circumstances.  Mr. Williams responded.  Court inquired of non-infringing alternatives.  Mr. Williams responded and continued his arguments.  Mr. Williams tendered documents to the Court. |
|  | Court marked document that Mr. Cassady tendered, as Plaintiff's Exhibit 1 and Mr. Williams' |

| TIME: | MINUTES: |
|---|---|
|  | document as Defendant's Exhibit #2 (Note:   There was no Dft's Exh #1).   And ordered these documents sealed. |
|  | Mr. Williams continued to address the Court. |
|  | Mr. Cassady replied.  Mr. Cassady tendered an additional document on projections to the Court.   Court marked as Plaintiff's Exhibit #2.   Mr. Williams asked to submit a brief supplement.   Court asked that it be filed within 5 days. |
|  | Mr. Cassady further addressed the Court. |
|  | Mr. Williams further addressed the Court. |
| 3:10 pm | There being nothing further, Court adjourned. |