**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **VIRNETX INC.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CASE NO. 6:13-CV-211 |
| § | |
| **APPLE INC.,** § | |
| § | |
| Defendant. § | |
| § | |

**ORDER**

Before the Court is VirnetX, Inc.'s ("VirnetX") Motion to File a Response to Apple's Supplemental Filing Regarding Design-Around Costs (Docket No. 33). Apple, Inc. originally opposed the Motion but subsequently withdrew its opposition. Docket No. 35. Accordingly, VirnetX's Motion is **GRANTED**. The Court will treat Exhibit A, along with Exhibits 1 through 11, to VirnetX's Motion as VirnetX's response.

**So ORDERED and SIGNED this 30th day of January, 2014.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**