# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| VirnetX Inc., <br><br> Plaintiff, <br><br> v. <br><br> Apple Inc., <br><br> Defendant. | Civil Action No. 6:13-cv-211-LED |

## NOTICE OF INTENT TO REQUEST REDACTION

Pursuant to the Court's February 21, 2014 Notice of Filing of Official Transcript (Dkt. No. 47), Apple Inc. hereby gives Notice that by March 17, 2014, it will submit a request to redact portions of the transcript of the August 15, 2013 hearing in this matter, which was reported by Ms. Shea Sloan.

Dated: February 28, 2014  Respectfully submitted,


By: */s/Robert A. Appleby*
Gregory S. Arovas (*pro hac vice*)
Robert A. Appleby (*pro hac vice*)
Jeanne M. Heffernan (*pro hac vice*)
Joseph A. Loy (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Danny L. Williams (State Bar No. 21518050)
Terry D. Morgan (State Bar No. 14452430)
Ruben S. Bains (Texas Bar No. 24001678)
Drew Kim (Texas Bar No. 24007482)
WILLIAMS MORGAN, P.C.
10333 Richmond, Suite 1100
Houston, TX 77042
Tel: (713) 934-7000
Fax: (713) 934-7011

ATTORNEYS FOR APPLE INC.

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 28, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by First Class U.S. Mail on this same date.

                                          */s/Robert A. Appleby*