IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **VIRNETX INC.** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| vs. | § | CASE NO. 6:13-CV-211 |
| | § | |
| **APPLE INC.** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

# ORDER

Before the Court is VirnetX Inc. and Apple Inc.'s Joint Motion to Unseal and Redact this Court's Sealed Order Regarding VirnetX Inc.'s Motion for an Ongoing Royalty (Docket No. 51). The Motion is **GRANTED IN PART** and **DENIED IN PART**. The Court will maintain the original order under seal; however, it will republish its sealed order with the requested redactions.

**So ORDERED and SIGNED this 5th day of March, 2014.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**