# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **VIRNETX INC.** | § § § § § § § § § § § | |
| | § | Civil Action No. 6:13-cv-211 |
| **Plaintiff**, | | |
| v. | | |
| **APPLE INC.** | | **JURY TRIAL DEMANDED** |
| **Defendant**. | | |

## ORDER GRANTING DEFENDANT APPLE INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REDACTION REQUEST

Before this Court is Apple Inc.'s Unopposed Motion for Extension of Time to File Redaction Request up to and including, March 19, 2014. After considering the motion, Plaintiffs' non-opposition, and the interests of justice, such motion is GRANTED in its entirety, and it is ordered that Defendant Apple Inc. shall have until and including March 19, 2014 to file its Redaction Request for this Court's Official Transcript of Motion Hearing Proceedings held on August 15, 2013.

**So ORDERED and SIGNED this 18th day of March, 2014.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**