NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VIRNETX INC. AND SCIENCE APPLICATIONS INTERNATIONAL CORPORATION, NKA Leidos, Inc.,**
*Plaintiffs-Appellees,*

v.

**APPLE INC.,**
*Defendant-Appellant.*

---

2014-1395

---

Appeal from the United States District Court for the Eastern District of Texas in No. 6:13-cv-00211-LED, Judge Leonard Davis.

---

**ON MOTION**

---

Before O'MALLEY, WALLACH, and HUGHES, *Circuit Judges.*

HUGHES, *Circuit Judge.*

**O R D E R**

Apple Inc. responds to the court's order staying proceedings pending issuance of the mandate in appeal 2013-1489. Apple Inc. moves unopposed to lift the stay and

vacate the district court's ongoing royalty order consistent with the rulings of the panel in 2013-1489.

In 2013-1489, this court, *inter alia*, vacated the jury's damages award. The ongoing royalty order at issue in the current appeal was based on an implied royalty rate derived from the damages award that was appealed and vacated in 2013-1489.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to lift the stay of proceedings is granted.

(2) The motion to vacate is granted. The district court's February 25, 2014 order granting an ongoing royalty is vacated.

(3) Each side shall bear its own costs.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25

ISSUED AS A MANDATE: February 24, 2015